CO-386-online
10/03

# United States District Court
# For the District of Columbia

SIERRA CLUB )
)
)
)
)
          Plaintiff )    Civil Action No._____
vs )
)
LISA P. JACKSON, et al. )
)
)
          Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __SIERRA CLUB_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __SIERRA CLUB_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

s/ Robert Ukeiley
Signature

MD 14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

435 R Chestnut St., Ste 1
Address

Berea,    KY    40403
City    State    Zip Code

859-986-5402
Phone Number