AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Sierra Club | ) |
| Plaintiff | ) |
| v. | ) |
| Lisa P. Jackson | ) |
| Defendant | ) |

Case No.    1:12-cv-01237-ESH

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sierra Club

Date:     09/10/2012

*Attorney's signature*

David C. Bender, D.D.C. Bar No. WI0009
*Printed name and bar number*

McGillivray Westerberg & Bender LLC
211 S. Paterson Street, Suite 320
Madison, WI 53703

*Address*

bender@mwbattorneys.com
*E-mail address*

(608) 310-3560
*Telephone number*

(608) 310-3561
*FAX number*