**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| | ) | |
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 12-cv-1237 |
| | ) | |
| LISA P. JACKSON, in her official capacity | ) | Hon.  Ellen S. Huvelle |
| as Administrator of the United States | ) | |
| Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION TO STAY CASE**

Defendant Lisa P. Jackson in her official capacity as Administrator of the United States

Environmental Protection Agency ( "EPA"), by and through the undersigned counsel, and with

the agreement of counsel for the Plaintiff, hereby moves the Court to stay this case until

December 3, 2012, while the Parties engage in ongoing settlement negotiations.  In support of

this motion, EPA states as follows:

1.      On July 27, 2012, Plaintiff filed a Complaint for injunctive relief based on

allegations that, *inter alia*, EPA failed to fulfill a nondiscretionary duty under Clean Air Act

("CAA") section 110(k)(1)(B), 42 U.S.C. § 7410(k)(1)(B), to make a finding that the State of

New Jersey failed to make a required new source review submission for the the 1997 fine

particulate matter National Ambient Air Quality Standard ("NAAQS"), and  to take final action

approving or disapproving state implementation plans ("SIPs") for the New Jersey portion of the

Philadelphia-Wilmington nonattainment area and for the Detroit-Ann Arbor nonattainment area.

Plaintiff also alleged, *inter alia*, that EPA failed to fulfill a nondiscretionary duty under CAA

1

section 179(c)(1)-(2), 42 U.S.C. § 7509(c)(1)-(2), to determine whether the Detroit-Ann Arbor

nonattainment area had attained the NAAQS by the statutory deadline.

2.      The Parties are engaged in ongoing settlement negotiations, and EPA believes

there is a reasonable likelihood those ongoing negotiations will result in the resolution of this

case without the need for further litigation.  Neither the Parties nor the Court would benefit if

agency personnel devoted their time and resources to preparing a response to the Complaint

instead of pursuing those negotiations.  EPA therefore respectfully requests that the Court stay

this matter until December 3, 2012.

4.      Counsel for the Parties conferred during September and October 2012, and on

October 4, 2012, Plaintiff informed EPA that it does not oppose the relief requested.

5.      The Plaintiff and the Court will not be prejudiced by the requested extension of

time.  Aside from the obligation to respond to the Complaint, no deadlines have been set in this

matter and no motions are pending.

6.      No extensions of time have been requested in this matter.

WHEREFORE, EPA respectfully moves the Court to enter an order staying this matter

until December 1, 2012.

                                                        Respectfully Submitted,

Dated:  October 4, 2012                    __/s/ Heather E. Gange_____
                                                        HEATHER E. GANGE
                                                        United States Department of Justice
                                                        Environment and Natural Resources
                                                          Division
                                                        Environmental Defense Section
                                                        P.O. Box 7611
                                                        Washington, DC 20044
                                                        Tel. (202) 514-4206

                                                        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Heather E. Gange, certify that on this 4th day of October, 2012, I electronically filed the foregoing Agreed Motion to Stay through the CM/ECF system which caused all Parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

> ROBERT UKEILEY, ESQ.
> rukeiley@igc.org
>
> DAVID BENDER, ESQ.
> bender@mwbattorneys.com

I further certify that on this 4th day of October, 2012, a true and correct copy of the foregoing Agreed Motion to Stay was served on the following by U.S. mail, postage pre-paid:

> James Neville Saul
> MCGILLIVRAY WESTERBERG & BENDER LLC
> 211 S. Paterson Street
> Suite 320
> Madison, WI 53703

>                          _/s/ Heather E. Gange_____
>                          Heather E. Gange