# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 12-cv-1237 |
| ) | |
| GINA MCCARTHY, in her official ) | Hon. Ellen S. Huvelle |
| capacity as Administrator of the ) | |
| U.S. Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF LODGING OF PROPOSED CONSENT DECREE

PLEASE TAKE NOTICE that Defendant Gina McCarthy, Administrator of the United States Environmental Protection Agency ("EPA") submits for lodging only with this Court a proposed consent decree in the above-referenced action. The proposed consent decree should not be entered unless EPA subsequently moves this Court to do so.

1. On July 27, 2012, Plaintiff filed a Complaint for injunctive relief based on allegations that, *inter alia*, EPA failed to fulfill a nondiscretionary duty under Clean Air Act ("CAA") section 110(k)(1)(B), 42 U.S.C. § 7410(k)(1)(B), to make a finding that the State of New Jersey failed to make a required new source review submission for the the 1997 fine particulate matter National Ambient Air Quality Standard ("NAAQS"), and to take final action approving or disapproving state implementation plans for the New Jersey portion of the Philadelphia-Wilmington nonattainment area and for the Detroit-Ann Arbor nonattainment area. Plaintiff also alleged, *inter alia*, that EPA failed to fulfill a nondiscretionary duty under CAA Section 179(c)(1)-(2), 42 U.S.C. § 7509(c)(1)-(2), to determine whether the Detroit-Ann Arbor nonattainment area had attained the NAAQS by the statutory deadline..

2. The Plaintiff and EPA have resolved the substantive claims in this case, and have set forth their agreement in the proposed consent decree that is being submitted to the Court herewith for <u>LODGING ONLY</u> (not for entry).

3. Pursuant to Clean Air Act section 113(g), 42 U.S.C. § 7413(g), notice of the proposed consent decree must be given to the general public and an opportunity for comment provided. EPA will publish the required notice in the Federal Register as soon as is practicable. Interested parties then will have thirty (30) days during which to comment or object to the proposed consent decree.

4. If no comments are received within the thirty (30) day public comment period, the United States will so advise the Court and move the Court to enter the proposed consent decree.

5. Should comments be received during the thirty (30) day public comment period, the United States will consider the submitted comments and make an appropriate motion.

6. A copy of the proposed consent decree is attached hereto as Exhibit A. The United States respectfully requests that this Court lodge the proposed consent decree, but not file it unless the United States affirmatively moves for its entry after evaluating any public comments received during the thirty (30) day Clean Air Act section 113(g) public comment period.

        Respectfully Submitted,

        ROBERT G. DREHER
        Acting Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

Dated: August 6, 2013        /s/ Heather E. Gange
        HEATHER E. GANGE
        Environmental Defense Section
        P.O. Box 7611
        Washington, DC 20044
        Tel. 202.514.4206
        Fax. 202.514.8865
        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 6th day of August, 2013, I electronically filed the foregoing NOTICE OF LODGING OF CONSENT DECREE through the CM/ECF system which caused all Parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>ROBERT UKEILEY, ESQ.
>rukeiley@igc.org
>
>DAVID BENDER, ESQ.
>bender@mwbattorneys.com
>
>JAMES SAUL, ESQ.
>saul@mwbattorneys.com

>             /s/ Heather E. Gange
>HEATHER E. GANGE
>United States Department of Justice
>Environment and Natural Resources
>   Division
>Environmental Defense Section
>P.O. Box 7611
>Washington, DC 20044
>Tel. (202) 514-4206